** POLICE OFFICER — EMERGENCY — LOANED PERSONNEL ** MUNICIPAL POLICE OFFICERS MAY BE "LOANED" IN BOTH EMERGENCY AND NONEMERGENCY SITUATIONS TO THE SHERIFF'S DEPARTMENT FOR USE IN THE UNINCORPORATED PORTIO OF THE COUNTY. THEIR STATUS AND AUTHORITY WILL VARY DEPENDENT UPON THE APPLICATION OF 51 O.S. 6 [51-6] (1981). (POLICE PROTECTION, LOANED) CITE: 51 O.S. 6 [51-6], 11 O.S. 34-101 [11-34-101] (DENA L. BATES)